McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860
(973) 300-4260
Attorneys for KELLY K. LALLY

**Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
In re :                                          :     Chapter 13
                                                        Case No. 20-12682
    KELLY K. LALLY,                      :

        Debtor.                           :
---------------------------------------------------------------x

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: March 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

**ORDERED** that:

1. The automatic stay is extended as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.