McNALLY & ASSOCIATES, L.L.C.
93 Main Street
Newton, New Jersey 07860
(973) 300-4260
Attorneys for KELLY K. LALLY

Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
In re :                                              :    Chapter 13
                                                          Case No. 20-12682
    KELLY K. LALLY,                                  :

            Debtor.                                  :
-----------------------------------------------------------------x

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: March 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

**ORDERED** that:

1. The automatic stay is extended as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

```
In re:                                                      Case No. 20-12682-JKS
Kelly K. Lally                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1            Date Rcvd: Mar 16, 2020
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Kelly K. Lally,    54 Farmbrook Road,    Sparta, NJ 07871-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Stephen B. McNally    on behalf of Debtor Kelly K. Lally steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4