Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  20–12682–JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly K. Lally
   54 Farmbrook Road
   Sparta, NJ 07871

Social Security No.:
   xxx–xx–3682

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2020
JAN: zlh

                                                                                  Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly K. Lally  
    Debtor

Case No. 20-12682-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Jun 12, 2020 |
| | Form ID: 148 | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
```
db          +Kelly K. Lally,    54 Farmbrook Road,    Sparta, NJ 07871-4015
cr          +Aldridge Pite, LLP,    Attn: Bryan S. Fairman,    4375 Jutland Drive,    Suite 200,    PO Box 17933,
              San Diego, CA 92177-7921
518718092   +Green Tree Servicing,    c/o Ditech Financial,    Attn: Officer,
              1100 Virginia Avenue, Suite 100A,    Fort Washington, PA 19034-3277
518718091   +Green Tree Servicing,    c/o Stephen Einstein & Assoc., PC,    20 Vessey Street, Suite 1406,
              New York, NY 10007-4217
518718095   +John J. Stank,    c/o Bell Law Group,    PO Box 220,    Rockaway, NJ 07866-0220
518718096   +Johnny on the Spot,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70,    PO Box A,
              Manasquan, NJ 08736-0631
518718097   +Lake Mohawk Country Club,    c/o Kelly Ward, Esq.,    93 Spring Street,    Newton, NJ 07860-2069
518718098    Lake Mohawk Country Club,    21 Lake Mohawk Country Club Boardwalk,    Sparta, NJ 07871
518718099   +State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
518718101   +TD Bank,    c/o Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518718104   +Wickes Lumber Company,    c/o Bart J. Klein,    2066 Millburn Avenue,    Maplewood, NJ 07040-3727
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Jun 13 2020 04:13:00     Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,    Norfolk, VA 23541-1021
518718089   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 13 2020 00:58:51
              Bayview Loan Servicing,    4425 Ponce de Leon Boulevard,    Miami, FL 33146-1873
518802580   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 13 2020 00:58:51
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
              Coral Gables, FL 33146-1873
518718090   +E-mail/Text: dsanginari@daypitney.com Jun 13 2020 00:58:58
              Craig LaTorre and David S. LaTorre,    c/o Day Pitney, LLC,    Paul Marino, Esq.,
              One Jefferson Road,    Parsippany, NJ 07054-2833
518718093    EDI: IRS.COM Jun 13 2020 04:13:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
518720346   +EDI: RMSC.COM Jun 13 2020 04:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
518718102    EDI: TDBANKNORTH.COM Jun 13 2020 04:13:00     TD Bank,    70 Gray Road,    Falmouth, ME 04105
518718103   +E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24     US Attorney,
              Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2534
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518718094*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518718100*     +State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2020
                               Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stephen B. McNally    on behalf of Debtor Kelly K. Lally steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 4